UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-107-J-32MCR
     18 U.S.C. § 751(a)

JAVON R. BELL

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 28, 2019, in the Middle District of Florida, the defendant,

JAVON R. BELL,

did knowingly and willfully escape from custody in Keeton Corrections, Inc. Jacksonville Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon

conviction for the commission of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), in violation of 18 U.S.C. §§ 751 and 4082.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
6/13/19 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAVON R. BELL

## INDICTMENT

Violations: Ct. 1:   18 U.S.C. § 751(a)

A true bill,

_____
Foreperson

Filed in open court this _19th_ day

of June, 2019.

_____
Deputy Clerk

Bail   $_____

GPO 863 525